# Arnold & Porter

**Matthew T. Salzmann**
+1 212.836.8266 Direct
matthew.salzmann@arnoldporter.com

April 29, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Request GRANTED.  The initial pretrial conference, currently scheduled for May 19, 2026, is hereby adjourned.

**SO ORDERED.**

Dated: April 30, 2026
    New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

   Re:   *Louis Vuitton Malletier SAS v. Fashmode LTD d/b/a Ego Shoes, et al.,*
         1:26-cv-01795 (JLR) – Request for Adjournment of Initial Status Conference

Dear Judge Rochon:

      We represent the plaintiff Louis Vuitton Malletier SAS ("Plaintiff") in the above-referenced action.  We write to respectfully request that Your Honor adjourn *sine die* the initial pretrial conference currently scheduled for May 19, 2026 at 3:00 p.m., as well as the parties' filing of their joint letter and proposed Civil Case Management Plan and Scheduling Order, which are currently due by May 9, 2026.  *See* Dkt. 9.

      As Your Honor is aware, defendant Fashmode LTD d/b/a Ego Shoes ("Defendant")'s answer in this action was originally due April 10, 2026.  *See* Dkt. 12.  By Order dated April 13, 2026, Your Honor extended Defendant's time to answer the complaint through April 27, 2026. *Id.*  Despite this extension, Defendant has not timely answered or otherwise moved with respect to Plaintiff's complaint.  On April 28, 2026, Plaintiff requested a Clerk's Certificate of Default as to Defendant.  *See* Dkt. 14-1.  Following Plaintiff's receipt of the Clerk's Certificate of Default, Plaintiff intends to move expeditiously under Your Honor's Individual Rules of Practice in Civil Cases for a default judgment against Defendant.

      This is Plaintiff's first request to adjourn the initial pretrial conference, and the requested adjournment does not affect any other scheduled date.

      We appreciate the Court's consideration of this request.

                    Respectfully submitted,

                    ARNOLD & PORTER

                    By _____
                       Matthew T. Salzmann