UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | |
|---|---|
| LOUIS VUITTON MALLETIER SAS,<br><br>Plaintiff,<br><br>- against -<br><br>FASHMODE LTD. d/b/a EGO SHOES, XYZ COMPANIES 1-10 and JOHN DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 1:26-cv-01795-JLR<br><br>~~[PROPOSED]~~ **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

---------------------------------------------------------- x

WHEREAS, on March 4, 2026, plaintiff Louis Vuitton Malletier SAS ("Louis Vuitton") filed a Complaint against defendant Fashmode Ltd. d/b/a Ego Shoes ("Fashmode") (Dkt. 1);

WHEREAS, Louis Vuitton brought this action for injunctive relief and damages, alleging that Fashmode committed willful and intentional acts of trademark counterfeiting and/or infringement, false designation of origin, dilution, unfair competition and copyright infringement in violation of the laws of the United States and the statutory and common law of the State of New York;

WHEREAS, Louis Vuitton alleges that it is the owner of many famous federally-registered trademarks, including the Flower In a Circle design mark (the "FLOWER IN A CIRCLE Design Trademark"), the Flower In a Rhombus design mark (the "FLOWER IN A RHOMBUS Design Trademark"), the Flower design mark (the "FLOWER Design Trademark"), the Décor Floral design mark (the "DÉCOR FLORAL Design Trademark"), the LV design mark (the "LV Design Trademark"), the Toile Monogram design mark (the "TOILE MONOGRAM Design Trademark"), and the LV VERS design mark (the "LV VERS Design Trademark")

(collectively, the "Louis Vuitton Trademarks"), which are registered for use in conjunction with a variety of goods, and representative samples of the Louis Vuitton Trademarks are listed in the table below (true and correct copies of the registration certificates are attached ~~hereto~~ to Plaintiff's Proposed Default Judgment Order as **Exhibit A**);

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
| | | ***FLOWER IN A CIRCLE Design Trademark*** | |
| | 2,181,753 | 08/18/1998 | *Inter alia*, IC 018: Goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas<br>IC 025: Clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots and sandals |
| | 7,504,931 | 09/17/2024 | *Inter alia*, IC 025: Apparel, namely, underwear, sweaters, bodices, corsets, suits, vests, raincoats, coats, trousers, pullovers, dresses, jackets, shawls, sashes, scarves, ties, braces as suspenders, gloves, belts, stockings, tights, socks, jerseys, bathing suits and bathrobes, footwear; headwear |
| | | ***FLOWER IN A RHOMBUS Design Trademark*** | |
| | 2,773,107 | 10/14/2003 | *Inter alia*, IC 018: Travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attache-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; key holders made of leather or of imitation leather<br>IC 025: Clothing, namely, shirts, T-shirts, belts, scarves, neck ties, shawls, skirts, raincoats, overcoats, trousers, jeans, pullovers, frocks, high-heeled shoes, low-heeled shoes, boots, tennis shoes; hats |
| | 7,504,932 | 09/17/2024 | *Inter alia*, IC 025: Apparel, namely, underwear, sweaters, bodices, corsets, suits, vests, raincoats, coats, trousers, pullovers, dresses, jackets, shawls, sashes, scarves, ties, braces as suspenders, gloves, belts, stockings, tights, socks, jerseys, bathing suits and bathrobes, footwear; headwear |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
| ***FLOWER Design Trademark*** | | | |
| | 2,177,828 | 08/04/1998 | *Inter alia*, IC 018: Goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, umbrellas<br>IC 025: Clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots and sandals |
| | 7,504,930 | 09/17/2024 | *Inter alia*, IC 025: Apparel, namely, underwear, sweaters, bodices, corsets, suits, vests, raincoats, coats, trousers, pullovers, dresses, jackets, shawls, sashes, scarves, ties, braces as suspenders, gloves, belts, stockings, tights, socks, jerseys, bathing suits and bathrobes, footwear; headwear |
| ***DÉCOR FLORAL Design Trademark*** | | | |
| | 3,107,072 | 06/20/2006 | *Inter alia*, IC 018: Leather and imitation leather products, namely, traveling bags, traveling sets comprised of bags or luggage, trunks and suitcases, garment bags for travel purposes; vanity cases sold empty, rucksacks, shoulder bags, handbags, attaché cases, document wallets and briefcases made of leather, pouches made of leather, wallets, purses, business card cases, credit card cases; umbrellas<br>IC 025: Clothing and undergarments, namely, belts, scarves, shawls, jackets, sashes for wear, shoes, boots |
| ***LV Design Trademark*** | | | |
| | 1,519,828 | 01/10/1989 | IC 018: Trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, pocketbooks |
| | 1,794,905 | 09/28/1993 | *Inter alia*, IC 025: Clothing for men and women; namely belts, shawls, sashes, scarves; footwear headgear |
| | 2,361,695 | 06/27/2000 | IC 025: Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, hats |

| Mark | Reg. No. | Reg. Date | Class & Goods |
|---|---|---|---|
| ***TOILE MONOGRAM Design Trademark*** | | | |
| | 297,594 | 09/20/1932 | IC 018: Trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, pocketbooks |
| | 4,192,541 | 08/21/2012 | Inter alia, IC 018: Boxes of leather or imitation leather for packaging and carrying goods; traveling bags; trunks; suitcases; vanity cases sold empty; toiletry bags sold empty; backpacks; handbags; attaché cases; leather document cases; wallets; purses; leather key cases |
| ***LV VERS Design Trademark*** | | | |
| | 7,896,203 | 08/19/2025 | *Inter alia*, IC 025: Tee-shirts; shirts; short-sleeve shirts; overalls; waistcoats and vests; sweaters and pullovers; jerseys being clothing; knitwear, namely, knit scarves, knit face masks being headwear, and knit sweaters; coats; clothing jackets; parkas; raincoats; overcoats; hoods as clothing; ponchos; suits; combinations being one-piece undergarments; dresses; skirts; skorts; shorts; trousers; boxer shorts; leggings; underwear and underclothing; pajamas; nightshirts; dressing gowns; bath robes; swimsuits; bathing drawers as clothing; corsets being underclothing; collars; detachable collars; ascots; cuffs and wristbands as clothing; kimonos; clothing layettes; clothing belts; money belts as clothing; scarves; shawls; stoles; bandanas; pocket squares; neckties; suspenders; gloves as clothing; fingerless gloves; mittens; muffs; ear muffs; neck tube scarves and neck gaiters; headwear; hats; beanies; headbands; caps being headwear; cap peaks; socks; tights; stockings; sleep masks; footwear; shoes; sports shoes; boots; ankle boots; esparto shoes or sandals; sandals; gaiters, namely, neck gaiters, leg gaiters, and boot gaiters; snow boots; slippers; ornamental face masks as clothing, namely, novelty sleep masks and novelty ski masks |

WHEREAS, Louis Vuitton alleges that it has registered copyrights in many of its unique and innovative designs in the United States Copyright Office, including the White Multicolore Monogram Print (*see* U.S. Copyright Reg. No. VA-1-250-120 and U.S. Copyright Supp. Reg. No. VA-1-365-645) (the "Louis Vuitton Copyright"), as shown in the table below (a true and correct copy of the registration certificate, along with the corresponding deposit material, is attached ~~hereto~~ to Plaintiff's Proposed Default Judgment Order as **Exhibit B**);

| **White Multicolore Monogram Print** |
| --- |
|  |

WHEREAS, Louis Vuitton alleges that Fashmode is manufacturing, purchasing, importing, distributing, supplying, advertising, promoting, offering for sale and/or selling, and/or causing to be manufactured, purchased, imported, distributed, supplied, advertised, promoted, offered for sale and/or sold, without authorization or license from Louis Vuitton, various products, including, *inter alia*, handbags, footwear and apparel, bearing studied imitations of the Louis Vuitton Trademarks and/or the Louis Vuitton Copyright (images of representative infringing products are attached ~~hereto~~ to Plaintiff's Proposed Default Judgment Order as **Exhibit C**);

WHEREAS, on March 20, 2026, Fashmode was served with the Summons and Complaint in accordance with Federal Rule of Civil Procedure 4(f)(1) and Article 10 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, by delivery via postal channels to Fashmode's known corporate addresses (Dkt. 11);

WHEREAS, on March 20, 2026, Fashmode was also served with a separate copy of the Summons and Complaint in accordance with Section 1139 of the Companies Act 2006, via courier to Fashmode's known corporate address (Dkt. 11);

WHEREAS, the deadline for answering the Complaint was April 27, 2026 (Dkt. 12), and Fashmode has not answered the Complaint or appeared in any way (Dkt. 16);

WHEREAS, on April 30, 2026, Clerk of the Court entered a Certificate of Default as to Fashmode (Dkt. 16);

WHEREAS, Louis Vuitton has moved for entry of default judgment against Fashmode; and

WHEREAS, the Court has determined that Louis Vuitton is entitled to a default judgment against Fashmode.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has personal jurisdiction over Fashmode because Fashmode regularly conducts business within this judicial district, including the sale and shipment of products to customers located within this judicial district.

2. The Court has subject matter jurisdiction over Louis Vuitton's federal claims pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338. Further, the Court has subject matter jurisdiction over Louis Vuitton's claims that arise under the laws of the State of New York pursuant to 28 U.S.C. § 1367(a), because such claims are related to and arise from the same set of facts as Louis Vuitton's federal claims.

3. Fashmode is liable for having (a) willfully counterfeited the Louis Vuitton Trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; (b) willfully infringed the Louis Vuitton Trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; (c) willfully violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), with respect to Louis Vuitton; (d) willfully diluted the Louis Vuitton Trademarks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); (e) willfully diluted the Louis Vuitton Trademarks in violation of Section 360-l of the New York General Business Law; (f) willfully infringed the

Louis Vuitton Trademarks in violation of the common law of the State of New York; (g) engaged in unfair competition as against Louis Vuitton in violation of the common law of the State of New York; and (h) willfully infringed the Louis Vuitton Copyright in violation of 17 U.S.C. § 501.

4. Fashmode and any of its agents, servants, employees, and attorneys, and all those persons in active concert or participation with any of them who receive actual notice of this judgment, shall be permanently enjoined from:

a. Making, using, importing, exporting, distributing, supplying, selling or offering to sell, or causing to be sold any product or service bearing the Louis Vuitton Trademarks, or any reproduction, counterfeit, copy or colorable imitation thereof;

b. Using any false designation or representation of origin in connection with the offering for sale or sale of goods, or any false description or representation, including words or other symbols, tending falsely to describe or represent Defendants as Louis Vuitton or associated or connected to Louis Vuitton, or Defendants' goods as being those of Louis Vuitton, or sponsored by or as being associated with Louis Vuitton, and from offering such goods in commerce;

c. Engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Louis Vuitton's business reputation or dilute the distinctive quality of the Louis Vuitton Trademarks;

d. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, imported, distributed advertised, promoted, offered for sale or sold by

them are in any manner associated or connected with Louis Vuitton, or that they are Louis Vuitton or are associated with or connected to Louis Vuitton;

e. Using for any purpose the Louis Vuitton Copyright, or any design or combination of design elements that are substantially similar to the Louis Vuitton Copyright;

f. Destroying any products or any books or any records which contain any information relating to the manufacture, production, importation, distribution, marketing, promotion, offering for sale and sale of products which infringe the Louis Vuitton Trademarks and/or the Louis Vuitton Copyright; and

g. Effecting assignments or transfers, forming new entities or associations or utilizing any other devises for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs 2(a) through (f).

5. Fashmode must deliver up for destruction to Louis Vuitton all products, advertisements, promotional materials and packaging in its possession or under its control bearing unauthorized copies of the Louis Vuitton Trademarks and/or the Louis Vuitton Copyright, and all plates, molds, matrices and other means of production of the same, pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118 and Section 503 of the Copyright Act, 17 U.S.C. § 503.

6. Louis Vuitton shall recover a total of $1,875,000 in statutory damages.

7. The Court shall retain continuing jurisdiction over the parties to this Judgment and over the subject matter of the action for purposes of interpreting and enforcing the terms of this Judgment.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 19 and, because Plaintiff stated on the record on July 13, 2026, that it was dismissing its claims against Defendants XYZ Companies 1-10 and John Does 1-10, to CLOSE the case.

**IT IS SO ORDERED** this 14 day of July, 2026.

Jennifer Rochon

HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE